IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:19-CR-368(MAD) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **GARY RYAN,** | ) | Violations: 18 U.S.C. § 2241(c) [Aggravated Sexual Abuse] |
| | ) | |
| | ) | 18 U.S.C. § 2423(a) [Transportation with Intent to Engage in Criminal Sexual Activity] |
| | ) | |
| | ) | 9 Counts |
| **Defendant.** | ) | County of Offense:   Albany |

**THE GRAND JURY CHARGES:**

**COUNTS 1-3**
**[Aggravated Sexual Abuse]**

On or about the dates listed below, in Albany County in the Northern District of New York, and elsewhere, the defendant, **GARY RYAN**, crossed a state line with intent to engage in a sexual act with another person who had not attained the age of 12, that is: V-1, a male child born in 1998, in that the defendant traveled from Albany County to the places listed below, with the intent to engage V-1 in contact between the penis and the anus; contact between the mouth and the penis; and the intentional touching, not through the clothing, of V-1's genitalia with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Section 2241(c).

| Count | Date(s) | Place |
|---|---|---|
| 1 | From in or about April 2003 through in or about May 2003 | Orlando, Florida |
| 2 | On or about October 31, 2004 | Boston, Massachusetts |
| 3 | From in or about 2004 to in or about 2008 | Las Vegas, Nevada |

## COUNTS 4 – 9
### [Transportation with Intent to Engage in Criminal Sexual Activity]

On or about the dates listed below in Albany County in the Northern District of New York, and elsewhere, the defendant, **GARY RYAN**, did knowingly transport the individuals listed below, who had not attained the age of 18 years, in interstate commerce, that is from Albany County to the places listed below, with intent that the individuals engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

| Count | Date(s) | Minor | Place |
|---|---|---|---|
| 4 | From in or about April 2003 to in or about May 2003 | V-1, a minor male child born in 1998 | Orlando, Florida |
| 5 | On or about October 31, 2004 | V-1, a minor male child born in 1998 | Boston, Massachusetts |
| 6 | From in or about 2004 to in or about 2008 | V-1, a minor male child born in 1998 | Las Vegas, Nevada |
| 7 | In or about 2007 | V-2, a minor male child born in 1993 | Orlando, Florida |
| 8 | In or about 2007 | V-2, a minor male child born in 1993 | Boston, Massachusetts |
| 9 | From in or about 1998 to in or about 1999 | V-3, a minor male child born in 1984 | Massachusetts |

Dated: 10/16/19

A TRUE BILL,   Name Redacted

_____
Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Katherine Kopita
Assistant United States Attorney
Bar Roll No. 517944

2