IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re: United States of America   )
　　　　　　v.　　　　　　　　　 )   Case No.   1:19-CR-368 (MAD)
　　　　　Gary Ryan　　　　　　　)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒  Ad Prosequendum,   ☐  Ad Testificandum:

1. Name of detainee: Gary Ryan
2. A/K/A(s) (if applicable):
3. Prisoner ID# (if applicable): 55326
4. Detained by: Albany County Jail
   Address: 840 Albany Shaker Rd. Colonie, NY 12211
5. Detainee is:
   A: ☒ charged in this district by:
   ☒ Indictment   ☐ Information   ☐ Complaint
   B: ☐ a witness not otherwise available by the ordinary process of the Court.
6. Appearance is necessary on   Thursday, October 24, 2019   at   1:30 p.m.   for:
☒ proceedings to be held at   Albany, NY
☐ proceedings to be held at            before   Hon. Daniel J. Stewart
　　　　　　　　　　　　　　　　　　　　　　　　Judicial Officer (if court proceeding)

_____
Katherine Kopita
Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum,   ☐ Ad Testificandum:

The above application is granted and the above-named custodian, the Federal Bureau of Investigation, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed:   Oct 22, 2019

_____
United States Magistrate Judge

### RETURN OF SERVICE

Executed on _____   by _____
　　　　　　　　　　　　　　　　(Signature)

Revised 7/18/13