**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- v -   Civ. No. 1:19-CR-368-001
  (MAD)

GARY RYAN

Defendant.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER APPROVING WAIVER OF DETENTION HEARING

A nine-count Indictment has been handed down by the Grand Jury. Therein, Defendant is charged in Counts One through Three with aggravated sexual abuse, in violation of 18 U.S.C. § 2241(c). Defendant is charged in Counts Four through Nine with transportation with intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a).

On October 24, 2019, an Initial Appearance and Arraignment were held. During the hearing and with the assistance of counsel, Defendant voluntarily waived his right to a detention hearing. In announcing that waiver, counsel advised that he had explained the nature of the detention hearing to the Defendant. Defendant reserved his right to request a detention hearing at a later time. Based upon the foregoing, including the Defendant's voluntary representations, it is hereby

**ORDERED**, that Defendant's waiver of his right to a Detention hearing without prejudice, which I find to have been knowing, intelligent, and voluntary, is accepted; and it is further

**ORDERED**, that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with Defense Counsel.  On order of a court of the United States or on request of an Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

Date:  October 25, 2019
       Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge